**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Iqbal H Malik | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-11281-elf |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 19, 2022, this case is hereby DISMISSED.

Date: June 6, 2022

_____
ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:
Atty Disclosure Statement
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Statement of Your Current Monthly Income Form 122C-1 & 122C-2

bfmisdoc elf (1/22/15)